No. 870, Misc.   DRANOW v. COMMITTEE ON CHARACTER AND FITNESS IN THE APPELLATE DIVISION OF THE SUPREME COURT OF NEW YORK, FIRST DEPARTMENT, ET AL. Court of Appeals of New York.   Certiorari denied.

No. 875, Misc.   WALKER ET AL. v. WALKER ET AL. C. A. 4th Cir.   Certiorari denied.

No. 877, Misc.   WILLIAMS v. UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 882, Misc.   LARSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 892, Misc.   FOWLER v. CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 896, Misc.   OSTROFSKY ET AL. v. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.   C. A. 4th Cir. Certiorari denied.   *Bernard W. Rubenstein* for petitioners.   *Arthur J. Goldberg* and *David E. Feller* for the United Steelworkers of America, and *John H. Morse, Ralph L. McAfee* and *H. Vernon Eney* for Bethlehem Steel Co., respondents.

No. 898, Misc.   MARTEL v. MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.